```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 17327
   SONYA D MARTIN
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-8122


------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/22/2007 and was confirmed 01/23/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 04/30/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  CURRENT MORTG        .00             .00           .00
BAYVIEW LOAN SERVICING    CURRENT MORTG        .00             .00           .00
EMC MORTGAGE              NOTICE ONLY    NOT FILED             .00           .00
GMAC MORTGAGE             CURRENT MORTG        .00             .00           .00
GMAC MORTGAGE             CURRENT MORTG        .00             .00           .00
INDY MAC BANK             CURRENT MORTG        .00             .00           .00
WALTER MORTGAGE COMPANY   CURRENT MORTG        .00             .00           .00
REAL TIME RESOLUTION      UNSEC W/INTER   81305.74             .00           .00
REAL TIME RESOLUTION      UNSEC W/INTER   44666.68             .00           .00
CAPITAL ONE               UNSEC W/INTER     713.41             .00           .00
CAPITAL ONE               UNSEC W/INTER    2844.78             .00           .00
SN SERVICING CORPORATION  CURRENT MORTG        .00             .00           .00
SN SERVICING CORPORATION  SECURED NOT I        .00             .00           .00
WELLS FARGO FINANCIAL IN  UNSEC W/INTER   15873.67             .00           .00
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER     248.36             .00           .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER    2267.04             .00           .00
BAYVIEW LOAN SERVICING    MORTGAGE ARRE   28687.19             .00           .00
AMERICAN EXPRESS BANK     UNSEC W/INTER    6505.44             .00           .00
AMERICAN EXPRESS BANK     UNSEC W/INTER    3753.14             .00           .00
CHARTER ONE               UNSEC W/INTER NOT FILED              .00           .00
CITIZENS BANK             UNSEC W/INTER NOT FILED              .00           .00
IC SYSTEMS                UNSEC W/INTER NOT FILED              .00           .00
NICOR GAS                 UNSEC W/INTER NOT FILED              .00           .00
WEST ASSET MANAGEMENT     UNSEC W/INTER NOT FILED              .00           .00
AMERICAN EXPRESS TRAVEL   UNSEC W/INTER     359.52             .00           .00
US BANK NATIONAL ASSOC    NOTICE ONLY    NOT FILED             .00           .00
WALTER MORTGAGE COMPANY   SECURED NOT I        .00             .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY          234.35             .00           .00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER     117.80             .00           .00
BENNIE W FERNANDEZ        DEBTOR ATTY     2,873.00                       2,739.58
TOM VAUGHN                TRUSTEE                                          238.22
DEBTOR REFUND             REFUND                                             .00


               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 17327 SONYA D MARTIN
```

```
       Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                   2,977.80

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                       2,739.58
TRUSTEE COMPENSATION                                   238.22
DEBTOR REFUND                                             .00
                         ---------------      ---------------
TOTALS                    2,977.80                   2,977.80
```

  Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
     Dated: 07/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```

                              PAGE   2
          CASE NO. 07 B 17327 SONYA D MARTIN